# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CHRISTOPHER EVERETT**
**ADC #152664**                                                    **PLAINTIFF**

**v.**                      **No. 3:20-cv-197-DPM-PSH**

**ALMOND, Sergeant, North Central**
**Unit, ADC;   ALEXANDER DELGADO,**
**Corporal, North Central Unit, ADC;**
**IAN WARD, Sergeant, North Central**
**Unit, ADC;   HUYARD, Sergeant, North**
**Central Unit, ADC;   CODY BRUYETTE,**
**Corporal, North Central Unit, ADC;**
**MOSS, Sergeant, North Central Unit, ADC;**
**KEITH DAY, Major, North Central Unit, ADC;**
**NURZUHAL FAUST, Warden, Arkansas**
**Department of Correction;   ALEC WILBUR,**
**Sergeant, North Central Unit, ADC;   KEVIN**
**HOLT, Corporal, North Central Unit, ADC;**
**FOSTER, Lieutenant, North Central Unit,**
**ADC;   GILLHAN, Captain, North Central**
**Unit, ADC;   DEXTER PAYNE, Director, Pine**
**Bluff, ADC;   and RICHARD COHOON,**
**Sergeant, North Central Unit, ADC**                  **DEFENDANTS**

## ORDER

1. The Court adopts Magistrate Judge Harris's unopposed partial recommendation, *Doc. 6*.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Everett's first motion for preliminary injunctive relief, *Doc. 5*, is denied.

**2.** The allegations in Everett's second motion for preliminary injunctive relief, *Doc. 11*, are the same as those in the first, *Doc. 5*. The second motion, *Doc. 11*, is therefore denied for the reasons stated in Magistrate Judge Harris's partial recommendation, *Doc. 6*.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 September 2020