# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER EVERETT
ADC #152664                                                              PLAINTIFF

v.                        No. 3:20-cv-197-DPM-PSH

JEREMY ALMAN, Sergeant, North Central
Unit, ADC;   ALEXANDER DELGADO,
Corporal, North Central Unit, ADC;
IAN WARD, Sergeant, North Central
Unit, ADC;   THANE HUYARD, Sergeant,
North Central Unit, ADC;   CODY BRUYETTE,
Corporal, North Central Unit, ADC;
KENNETH MOSS, Sergeant, North Central Unit,
ADC;   KEITH DAY, Major, North Central Unit, ADC;
NURZUHAL FAUST, Warden, Arkansas
Department of Correction;   ALEC WILBUR,
Sergeant, North Central Unit, ADC;   KEVIN
HOLT, Corporal, North Central Unit, ADC;
DAVID FOSTER, Lieutenant, North Central Unit,
ADC;   RONALD GILLIHAN, Captain, North Central
Unit, ADC;   DEXTER PAYNE, Director, Pine
Bluff ADC;   and RICHARD COHOON,
Sergeant, North Central Unit, ADC                           DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's partial recommendation, *Doc. 61*, and overrules Everett's objection, *Doc. 63*.   FED. R. CIV. P. 72(b)(3).   The Court also denies Everett's motion to substitute, *Doc. 62*.   The Court may extend the time to

substitute only if Everett shows excusable neglect. FED. R. CIV. P. 6(b)(1)(B); *Kaubisch v. Weber*, 408 F.3d 540, 542 (8th Cir. 2005). Everett argues that he isn't a lawyer and didn't know he needed to file a motion to substitute. But a person's *pro se* status generally doesn't excuse a failure to comply with the Federal Rules of Civil Procedure. *Ackra Direct Marketing Corp. v. Fingerhut Corp.*, 86 F.3d 852, 856 (8th Cir. 1996). Further, both Defendants' suggestion of death and Everett's suggestion of death cited Rule 25(a)(1) — the same provision that requires substitution within ninety days. Doc. 32 & 47. A "misapplication or misreading of the plain language of Rule 25 does not establish excusable neglect." *Kaubisch*, 408 F.3d at 543. Everett's remaining claims against Alman are therefore dismissed without prejudice for failure to timely substitute. FED. R. CIV. P. 25(a)(1).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 May 2021