IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER EVERETT** **PLAINTIFF**
**ADC #152664**

v.  No: 3:20-cv-00197 DPM-PSH

**JEREMY ALMAN,** *et al.* **DEFENDANTS**

## ORDER

The Motion to Withdraw as Counsel filed by counsel Amanda Land (Doc. No. 87) is GRANTED. Land is relieved as co-counsel in this matter. Defendants Cody Bruyette, Richard Cohoon, Keith Day, Alexander Delgado, Nurzuhal Faust, David Foster, Ronald Gillihan, Kevin Holt, Thane Huyard, Kenneth Moss, Dexter Payne, Ian Ward, and Alec Wilbur continue to be represented by Rosalyn L. Middleton.

IT IS SO ORDERED this 7th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE