# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER EVERETT**  **PLAINTIFF**
**ADC #84273**

v.  No: 3:20-cv-00197 DPM-PSH

**ALEXANDER DELGADO,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Christopher Everett filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on July 21, 2020, while incarcerated at the Arkansas Division of Correction's North Central Unit (Doc. No. 2). Everett was subsequently released and incarcerated again. The Court ordered Everett to file an updated application to proceed *in forma pauperis* ("IFP") because his filing fee has not been paid (Doc. No. 96). Everett has since filed a complete IFP application (Doc. No. 98). The Court grants Everett's IFP application and does not assess an initial partial filing fee. Everett will be obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to his prison trust account each time the amount in the account exceeds $10.00. Everett's custodian is requested to send the Clerk of the Court the initial partial filing fee and monthly payments from his prison trust account when the amount exceeds $10.00, until the $350 statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2). The payments also must be clearly identified by the name

and number assigned to this action. The Clerk of Court is directed to send a copy of this order to the White County Sheriff.

IT IS SO ORDERED this 8th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE