IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT
ADC #84273                                                                                            PLAINTIFF

v.                              No. 3:20-cv-197-DPM-PSH

ALEXANDER DELGADO,
Corporal, North Central Unit, ADC;
IAN WARD, Sergeant, North Central
Unit, ADC;   HUYARD, Sergeant, North
Central Unit, ADC;   CODY BRUYETTE,
Corporal, North Central Unit, ADC; KENNETH
MOSS, Sergeant, North Central Unit, ADC;
KEITH DAY, Major, North Central Unit, ADC;
NURZUHAL FAUST, Warden, Arkansas
Department of Correction;   ALEC WILBUR,
Sergeant, North Central Unit, ADC;   KEVIN
HOLT, Corporal, North Central Unit, ADC;
DAVID FOSTER, Lieutenant, North Central Unit,
ADC;   RONALD GILLHAN, Captain, North
Central Unit, ADC;   DEXTER PAYNE, Director,
Pine Bluff, ADC;   and RICHARD COHOON,
Sergeant, North Central Unit, ADC                                                      DEFENDANTS

ORDER

The Court adopts Magistrate Judge Harris's unopposed Partial Recommended Disposition, Doc. 100. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 edition). Defendants' motion for summary judgment, Doc. 66, is granted in part and denied in part.

The following claims are dismissed for failure to exhaust:

- All claims against Day, Faust, Gillihan, and Payne, who are dismissed as defendants in this action;
- All claims made in paragraph 3 of the amended complaint, *Doc. 8*, against Huyard; and
- All claims made in paragraph 4 of the amended complaint, *Doc. 8*, against Bruyette, Delgado, Huyard, and Ward.

Everett's remaining claims (that were not dismissed by prior Order) go forward. *Doc. No. 100 at 18.*

So Ordered.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 March 2022