IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER EVERETT**                                    **PLAINTIFF**

v.                    No: 3:20-cv-00197 DPM-PSH

**ALEXANDER DELGADO,** *et al.*                        **DEFENDANTS**

## ORDER

Plaintiff Christopher Everett's motion to appoint counsel (Doc. No. 107) is denied. A civil litigant does not have a constitutional or statutory right to appointed counsel in a civil action but the Court may appoint counsel at its discretion. 28 U.S.C. § 1915(e)(1). The Court has considered Everett's need for an attorney, the likelihood that Everett will benefit from assistance of counsel, the factual complexity of the case, Everett's ability to investigate and present his case, and the complexity of the legal issues. In considering these factors, the Court finds that Everett's claims do not appear legally or factually complex, and it appears he is capable of prosecuting his claims without appointed counsel at this time.

The Court notes that Everett's complaints about the mail and mailing supplies at the White County Detention Center are not related to his claims in this case which concern an incident that occurred at the Arkansas Division of Correction's North Central Unit on May 6, 2020. *See* Doc. No. 8. However, to the extent Everett misses

a deadline due to problems with his mail or his lack of appropriate mailing materials, he should explain those circumstances to the Court, and the Court will be lenient in allowing a reasonable extension of any deadlines.

    IT IS SO ORDERED this 6th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE