IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT                                                    PLAINTIFF

v.                          No. 3:20-cv-197-DPM

ALEXANDER DELGADO, Corporal,
North Central Unit, ADC; IAN WARD,
Sergeant, North Central Unit, ADC;
THANE HUYARD, Sergeant, North
Central Unit, ADC; CODY BRUYETTE,
Corporal, North Central Unit, ADC;
KENNETH MOSS, Sergeant, North Central
Unit, ADC; ALEC WILBUR, Sergeant,
North Central Unit, ADC; KEVIN HOLT,
Corporal, North Central Unit, ADC;
DAVID FOSTER, Lieutenant, North Central
Unit, ADC; and RICHARD COHOON,
Sergeant, North Central Unit, ADC                                      DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Everett hasn't updated his address or filed a response to the Defendants' motion to dismiss for failure to prosecute. *Doc. 113*. Defendants' motion to dismiss, *Doc. 111*, is therefore granted. Everett's amended complaint is dismissed without prejudice. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 41(b). An *in forma pauperis* appeal from this

Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 September 2022