IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT                                           PLAINTIFF

v.                           No. 3:20-cv-197-DPM

ALEXANDER DELGADO, Corporal,
North Central Unit, ADC; IAN WARD,
Sergeant, North Central Unit, ADC;
THANE HUYARD, Sergeant,
North Central Unit, ADC; CODY BRUYETTE,
Corporal, North Central Unit, ADC;
KENNETH MOSS, Sergeant, North
Central Unit, ADC; KEITH DAY, Major,
North Central Unit, ADC; NURZUHAL
FAUST, Warden, Arkansas Department
of Corrections; ALEC WILBUR, Sergeant,
North Central Unit, ADC; KEVIN HOLT,
Corporal, North Central Unit, ADC;
DAVID FOSTER, Lieutenant, North
Central Unit, ADC; RONALD GILLIHAN,
Captain, North Central Unit, ADC;
DEXTER PAYNE, Director, Pine Bluff ADC;
and RICHARD COHOON, Sergeant,
North Central Unit, ADC                                       DEFENDANTS

## JUDGMENT

Everett's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge
6 September 2022